# Third District Court of Appeal

**State of Florida**

Opinion filed August 12, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1212
Lower Tribunal No. 03-12229
_____

**Juan Gonzalez-Diaz,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. De La O, Judge.

Juan Gonzalez-Diaz, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SALTER, FERNANDEZ and LOGUE, JJ.

PER CURIAM.

Affirmed as to both of the orders on review: (1) the order of April 17, 2015, prohibiting the appellant from filing any further *pro se* proceedings, and (2) the

order denying appellant's motion to correct illegal sentence under Florida Rule of

Criminal Procedure 3.800.